IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | | |
|---|---|---|
| MERIDIAN MANUFACTURING, INC., | ) | |
| | ) | No. C15-4238MWB |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **COMPLAINT** |
| C & B MANUFACTURING, INC. d/b/a HITCHDOC | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| Defendant. | ) | |

COMES NOW the Plaintiff, Meridian Manufacturing, Inc. ("Meridian"), and for its Complaint for patent infringement and unfair competition against the Defendant, C & B Manufacturing, Inc. d/b/a HitchDoc ("C & B Manufacturing"), hereby states and alleges as follows:

## I. NATURE OF THE ACTION

1. This is a civil action for patent infringement. Plaintiff's claims are based on the unauthorized, infringing manufacture, use, importation, sale and/or offer for sale by Defendant of at least its Travis seed cart, including, for example, the current HSC 2000, 2100, 2200, 4000, 4100, 4400, 4000GN, 4100GN, 4400GN, 6000GN, 6100GN, 6600GN, 2000SM, 2100SM, 2200SM, 4000SM, 4100SM, and/or the 4400SM model seed cart products.

## II. THE PARTIES

2. Meridian is an Iowa corporation with its principal place of business at 2902 Expansion Blvd, Storm Lake, Iowa.

3. Upon information and belief, C & B Manufacturing is a Minnesota corporation organized and existing under the laws of the State of Minnesota, with its principal place of business at 131 Co Rd 34E, Jackson, Minnesota 56150.

### III. JURISDICTION AND VENUE

4. This is an action for patent infringement arising under the patent laws of the United States, Title 35 United States Code, including 35 U.S.C. §§ 271, 281, and 283-285.

5. This Court has original subject matter jurisdiction over the claims in this action pursuant to at least 28 U.S.C. §§ 1331, 1338(a) and further pursuant to 28 U.S.C. §1332(a) as the amount in controversy in this action exceeds the sum or value of $75,000 and this action is between citizens of different states.

6. This Court has personal jurisdiction over C & B Manufacturing because Meridian's cause of action arises out of or relates to C & B Manufacturing's activities in Iowa and within the Northern District of Iowa. Upon information and belief, C & B Manufacturing purposefully availed itself of the privilege of conducting activities within Iowa and this District, by selling and offering for sale infringing products in this District to and/or through at least one or more dealers in this District, and by committing acts of infringement in this District. Such infringing acts include, but are not limited to, specifically targeting the Northern District of Iowa by selling and/or offering for sale infringing products to consumers through over 20 dealers in this District. Assertion of personal jurisdiction is reasonable and fair because Meridian's claims arose out of or relate to these infringing activities by C & B Manufacturing specifically targeting the Northern District of Iowa.

7. Venue is proper in the Northern District of Iowa under 28 U.S.C. § 1391(b) and 28 U.S.C. § 1400(b) since C & B Manufacturing resides in this District by virtue of its doing business

in this District and since witnesses, including Plaintiff and particularly the inventor of the patent in suit, reside in this district and a substantial part of the events giving rise to the claims occurred in this District.

## IV. GENERAL ALLEGATIONS

8. On November 15, 2005, the United States Patent and Trademark Office duly and lawfully issued United States Patent No. 6,964,551 B1 ("the '551 patent"), entitled "Trailer for Transporting Bulk Seed Boxes," claiming the trailer for transporting bulk seed boxes therein. Meridian is owner of all rights, title, and interest in the '551 patent, having purchased the patent and all rights thereto, including the right to sue for and recover all past, present and future damages for infringement of the '511 patent. A true and correct copy of the '551 patent is attached hereto as Exhibit A.

9. The '551 patent is directed towards a trailer for transporting bulk seed boxes.

10. The '551 patent includes 19 claims, including independent claims 1 and 12.

11. The trailers manufactured and sold by Meridian under the '551 patent have enjoyed substantial success and are protected by intellectual property rights owned by Meridian.

## V. CLAIM FOR RELIEF
### (Patent Infringement of U.S. Patent No. 6,964,551 B1)

12. Meridian repeats and re-alleges the allegations of paragraphs 1-11 of this Complaint as if set forth fully herein.

13. C & B Manufacturing, through its agents, employees and servants, has and continues to, knowingly, intentionally and willfully directly infringed, engaged in acts of contributory infringement, and/or induced the infringement of the '551 patent by directly and/or indirectly making, using, selling, offering for sale and/or importing products, referred to as the

Travis Seed Cart, under the mark HitchDoc that fall within the scope of one or more claims contained in the '551 patent.

14. A photograph of at least one version of the infringing HitchDoc trailer, as shown on http://hitchdoc.com/travisseedcart.php has been included below:



15. Upon information and belief, Defendant's Travis seed cart, including, for example, the current HSC 2000, 2100, 2200, 4000, 4100, 4400, 4000GN, 4100GN, 4400GN, 6000GN, 6100GN, 6600GN, 2000SM, 2100SM, 2200SM, 4000SM, 4100SM, and/or the 4400SM model seed cart products, infringe at least claims 1, 10 and 11 of the '551 patent. Plaintiff reserves the

right to add additional products, claims and allegations, upon further discovery. Moreover, should any claims of the '551 patent undergo subsequent reexamination or reconsideration, Plaintiff reserves the right to assert such claims upon any reissuance.

16. For exemplary purposes only, Defendant's infringement of at least claim 1 is shown in the claim chart below:

| Claim 1 of the '551 Patent | Images of a Representative Accused Product |
|---|---|
| 1. An improved trailer for transporting a bulk seed box, the box having first and second sidewalls, a bottom, a top, and a flange extending along the sidewalls adjacent the bottom of the box, the trailer comprising:<br><br>a wheeled bed for supporting a bulk seed box, the bed having a perimeter edge;<br><br>a hopper extending below the bed for receiving seed from the bulk seed box;<br><br>a conveyor operatively connected to the hopper for unloading seed from the hopper; and<br><br>the bed having guide plates inclining upwardly and outwardly from the perimeter edge of the bed to facilitate centering of the box on the bed. |  |

17. C & B Manufacturing's acts of infringement were undertaken without permission or license from Meridian. C & B Manufacturing has had actual knowledge of the '551 patent since at least March of 2011, and actual notice of its infringing conduct since at least September 22, 2015, when it received a cease and desist letter from Meridian's attorney. Thus, C & B Manufacturing's continued manufacture, use, and sales constitutes on-going willful and intentional infringement of the '551 patent.

18. Meridian is informed and believes, and thereon alleges, that C & B Manufacturing has derived and received, and will continue to derive and receive, gains, profits, and advantages from the aforesaid acts of infringement in an amount that is not presently known to Meridian. By reason of the aforesaid infringing acts, Meridian has been damaged and will continue to be damaged in the future unless C & B Manufacturing is permanently enjoined from infringing, either directly or indirectly, said patent. Thus, Meridian is entitled to monetary relief in an amount to be determined at trial.

19. Due to the aforesaid infringing acts, Meridian has suffered and continues to suffer great and irreparable injury, for which Meridian has no adequate remedy at law.

**PRAYER FOR RELIEF**

WHEREFORE, Meridian prays for judgment in its favor against C & B Manufacturing for the following relief:

A. An Order adjudging C & B Manufacturing to have infringed the '551 patent under 35 U.S.C. § 271;

B. An Order adjudging that C & B Manufacturing's infringement of the '551 patent was willful;

C. A permanent injunction enjoining C & B Manufacturing, their respective officers, directors, agents, servants, employees, dealers, and attorneys, and those persons in active concert or participation with C & B Manufacturing, from directly or indirectly infringing the '551 patent in violation of 35 U.S.C. § 271;

D. That C & B Manufacturing accounts for all gains, profits, and advantages derived by C & B Manufacturing's infringement in violation of 35 U.S.C. § 271, and that C & B Manufacturing pay to Meridian all damages suffered by Meridian;

E. An Order for a trebling of damages and/or exemplary damages because of C & B Manufacturing's willful conduct pursuant to 35 U.S.C. § 284;

F. An Order adjudging that this is an exceptional case;

G. An award to Meridian of the attorneys' fees and costs incurred by Meridian in connection with this action pursuant to 35 U.S.C. § 285;

H. That C & B Manufacturing be directed to file with this Court and serve on Meridian within thirty (30) days after the service of the injunction, a report in writing, under oath, setting forth in detail the manner and form in which C & B Manufacturing has complied with the injunction;

I. An award of pre-judgment and post-judgment interest and costs of this action against C & B Manufacturing; and

J. Such other and further relief as this Court may deem just and proper.

## V. DEMAND FOR JURY TRIAL

Plaintiff Meridian hereby demands a trial by jury on all issues so triable.

Respectfully submitted,

/s/ R. Scott Johnson
R. Scott Johnson
Christine Lebrón-Dykeman
Jonathan L. Kennedy
McKEE, VOORHEES & SEASE, P.L.C.
801 Grand Avenue, Suite 3200
Des Moines, IA 50309-2721
Phone: 515-288-3667
Fax: 515-288-1338
Email: scott.johnson@ipmvs.com
Email: christine.lebron-dykeman@ipmvs.com
Email: jonathan.kennedy@ipmvs.com
Email: mvslit@ipmvs.com

*ATTORNEYS FOR PLAINTIFF MERIDIAN MANUFACTURING, INC.*